08 JUN 11 PM 3:52

BY: ECL          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 1911 W

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | Title 8, U.S.C., |
| | ) | Sec. 1324(a)(2)(B)(ii) - |
| JOHNNY MARTIN HOOD, | ) | Bringing in Illegal Aliens for |
| | ) | Financial Gain; Title 18, U.S.C., |
| Defendant. | ) | Sec. 2 - Aiding and Abetting; |
| | ) | Title 8, U.S.C., |
| | ) | Sec. 1324(a)(2)(B)(iii) - Bringing |
| | ) | in Illegal Aliens Without |
| | ) | Presentation |

The grand jury charges:

<u>Count 1</u>

On or about April 22, 2008, within the Southern District of California, defendant JOHNNY MARTIN HOOD, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Mario Arroyo-Alejandre, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

JPME:fer:San Diego
6/11/08

1

<u>Count 2</u>

2    On or about April 22, 2008, within the Southern District of

3 California, defendant JOHNNY MARTIN HOOD, with the intent to violate

4 the immigration laws of the United States, knowing and in reckless

5 disregard of the fact that an alien, namely, Mario Arroyo-Alejandre,

6 had not received prior official authorization to come to, enter and

7 reside in the United States, did bring to the United States said alien

8 and upon arrival did not bring and present said alien immediately to

9 an appropriate immigration officer at a designated port of entry; in

10 violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

11

<u>Count 3</u>

12    On or about April 22, 2008, within the Southern District of

13 California, defendant JOHNNY MARTIN HOOD, with the intent to violate

14 the immigration laws of the United States, knowing and in reckless

15 disregard of the fact that an alien, namely, Flor Elizabeth Escalante-

16 Colin, had not received prior official authorization to come to, enter

17 and reside in the United States, did bring to the United States said

18 alien for the purpose of commercial advantage and private financial

19 gain;   in   violation   of   Title   8,   United   States   Code,

20 Section 1324(a)(2)(B)(ii), and Title 18, United States Code,

21 Section 2.

22 //

23 //

24 //

25 //

26 //

27 //

28 //

Count 4

On or about April 22, 2008, within the Southern District of California, defendant JOHNNY MARTIN HOOD, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Flor Elizabeth Escalante-Colin, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

Count 5

On or about April 22, 2008, within the Southern District of California, defendant JOHNNY MARTIN HOOD, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Graciela Burrisqueta-Villagomez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//

<u>Count 6</u>

On or about April 22, 2008, within the Southern District of California, defendant JOHNNY MARTIN HOOD, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Graciela Burrisqueta-Villagomez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

<u>Count 7</u>

On or about April 22, 2008, within the Southern District of California, defendant JOHNNY MARTIN HOOD, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Erica Diocelina Huazano-Abrego, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//

1                                    Count 8

2        On or about April 22, 2008, within the Southern District of

3   California, defendant JOHNNY MARTIN HOOD, with the intent to violate

4   the immigration laws of the United States, knowing and in reckless

5   disregard of the fact that an alien, namely, Erica Diocelina Huazano-

6   Abrego, had not received prior official authorization to come to,

7   enter and reside in the United States, did bring to the United States

8   said alien and upon arrival did not bring and present said alien

9   immediately to an appropriate immigration officer at a designated port

10  of entry; in violation of Title 8, United States Code,

11  Section 1324(a)(2)(B)(iii).

12      DATED: June 11, 2008.

13                                         A TRUE BILL:

14

15                                         _____
                                           Foreperson
16

17  KAREN P. HEWITT
    United States Attorney
18

19  By: _____

20      JAMES P. MELENDRES
        Assistant U.S. Attorney

21

22

23

24

25

26

27

28

                                    5